```
                                                 *** GRID F08 ***
COMB RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                                PAGE 1
CR-84-00164-01                                  CR-84-00164-01
              US-V-RUFFIN
                      as of 09/21/87 at 10:42 PM
-----------------------------------------------------------------------

Judge: JUDGE PRATT                          Case Filed: 05/03/84

Defendant:

D1    RUFFIN, JOHN, JR                      Birthdate: ██/██/██


    Dft ID: -1598

    Defendant terminated: 04/19/85

    Terminated counts:            Disposition
      Rape, 22 DCC 2801 (3)         (Count 3) Eight (8) to twenty
                                     four (24) years.  Said
                                     sentence to run consecutive
                                     to any time the defendant
                                     presently owes.  Court
                                     recommends drug treatment.
                                     Defendant remanded.  (Rep:
                                     V. Marshall) (04/19/85)
      Kidnapping, 18:1201 (1),    (Counts 1-2,4-5) Dismissed.
        Kidnapping, 22 DCC 2101 (2),  04/19/85
        Robbery:  Other, 22 DCC
        2901 (4), Assault:
        Aggravated or felonious --
        Assault with a dangerous
        weapon., 22 DCC 502 (5)

    Offense Level (disposition): FEL

    Total Jail: 288 Mo

    Defense Counsel:
      LYONS, JAMES L
      1919 PENNSYLVANIA AVENUE, N. W., SUITE 702
      WASHINGTON, DC  20006
      785-8292

    U S Attorneys:
      SHMANDA, THEODORE A
      633-4974

............................................................
```

```
                                         *** GRID G08 ***
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                              PAGE 2
CR-84-00164-01                              CR-84-00164-01
              US-V-RUFFIN
                        PROCEEDINGS
05/03/84      Filed indictment (Grand Jury Original.) (Dkt'd 10/01/84).
              - Category D. (Dkt'd 10/01/84).
              Case assigned to JUDGE PRATT (Dkt'd 10/01/84).
              US Attorney SHMANDA, THEODORE A added to case (Dkt'd
                10/01/84).
              Order bench warrant issued (Bail set in the amount of $100,
                000.00.) (MAGISTRATE DWYER) (Dkt'd 10/01/84).
              Bench warrant issued (Dkt'd 10/01/84).
              Order indictment sealed (MAGISTRATE DWYER) (Dkt'd 10/02/84).

09/19/84      Motion by government filed  (MOT#1) (to unseal the
                indictment.) (Dkt'd 10/01/84).
              Order indictment unsealed ((N)) (JUDGE PRATT) (Dkt'd
                10/02/84).
              Motion by government granted  (MOT#1) (to unseal the
                indictment.) (JUDGE PRATT) (Dkt'd 10/01/84).

10/24/84      Petition for writ of habeas corpus ad prosequendum (for
                production of defendant on 12/10/84 for the purpose of
                arraignment on indictment.) (JUDGE PRATT) (Dkt'd 10/26/84).

              Issued writ of habeas corpus ad prosequendum (Dkt'd
                10/26/84).

11/15/84      Arraignment held (Counts 1,2,3,4,5) (MAGISTRATE DWYER)
                (Dkt'd 11/20/84).
              Defendant's first appearance (Dkt'd 11/20/84).
              Defendant appears with counsel (Dkt'd 11/20/84).
              Defendant enters plea of not guilty (Counts 1,2,3,4,5)
                (Dkt'd 11/20/84).
              Status hearing set for 11/20/84 (before Judge Pratt.
                Surety bond set in the amount of $20,000.00 and NOT MADE.
                Defendant committed.) (MAGISTRATE DWYER) (Dkt'd 11/20/84).
              Defendant committed. Commitment issued ($20,000.00 Surety
                Bond set and not made.) (MAGISTRATE DWYER) (Dkt'd 11/20/84).

11/20/84      Motion by government filed  (MOT#2) (to compel defendant to
                submit to taking of head and pubic hair samples.) (Dkt'd
                11/23/84).
              Order filed (Directing the defendant to submit to the
                taking of head and pubic hear samples by Special Agents of
                the FBI in the District Court Cellblock.  (N)) (JUDGE
                PRATT) (Dkt'd 11/23/84).
              Motion by government granted  (MOT#2) (to compel defendant
                to submit to taking of head and pubic hair samples.) (JUDGE
                PRATT) (Dkt'd 11/23/84).
              Status hearing held (Dkt'd 11/23/84).
```

```
                                        *** GRID H08 ***
COMB RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                                  PAGE 3
CR-84-00164-01                              CR-84-00164-01
                US-V-RUFFIN
                           PROCEEDINGS

              Status hearing set for 12/14/84 @ 9:30 AM (before Judge
                 Pratt.  Defendant allowed until 12-10-84 to file motions.
                 Defendant remanded.  (Rep: V. Marshall)) (JUDGE PRATT)
                 (Dkt'd 11/23/84).

11/21/84      Order appointing attorney LYONS, JAMES L to represent
                 defendant (Dated 11-15-84. @ 800516.) (MAGISTRATE DWYER)
                 (Dkt'd 11/23/84).

12/10/84      Motion to suppress statement/testimony filed  (MOT#3)
                 (Counts 1,2,3,4,5) (by defendant.  Memorandum o Points and
                 Authorities.) (Dkt'd 12/12/84).
              Mark the beginning of a potential excludable period of type
                 X-E starting on 12/10/84 ((In re MOTFST on 12-10-84))
                 (Dkt'd 12/12/84).

12/14/84      Status hearing held (Dkt'd 12/18/84).
              Motion made in open court   (MOT#4) (by defendant for an
                 examination and report from St. Elizabeth's Hospital.)
                 (Dkt'd 12/18/84).
              Motion  granted   (MOT#4) (by defendant for an examination
                 and report from St. Elizabeth's Hospital.  Defendant
                 remanded.  (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd
                 12/18/84).
              Order psychiatric/physical evaluation/examination
                 (Committing defendant forthwith to St. Elizabeth's Hospital
                 for a period not to exceed sixty (60) days for examination
                 and report to the Court by the psychiatric staff.  (N))
                 (JUDGE PRATT) (Dkt'd 12/18/84).
              Mark the beginning of a potential excludable period of type
                 X-A starting on 12/14/84 ((In re ORDPSYXM on 12-14-84))
                 (Dkt'd 12/18/84).

01/30/85      Psychiatric/physical evaluation report received (Letter
                 from Thomas J. Polley of St. Elizabeth's Hospital dated 1-
                 29-85 in re:  defendant's current mental status.) (Dkt'd
                 01/31/85).
              Excludable delay resulting from psychiatric/physical
                 competency examination began on 12/14/84 and ended on
                 01/30/85 (Dkt'd 01/31/85).

02/07/85      Status hearing held (Defendant has no objection to the
                 report of St. Elizabeth's Hospital.  Court finds defendant
                 competent for trial.) (Dkt'd 02/11/85).
              Defendant withdraws plea of not guilty (Counts 1-5) (Dkt'd
                 02/11/85).
              Defendant enters plea of guilty (Count 3) (Dkt'd 02/11/85).

              Referred to Probation Office for pre-sentence report (Count
```

```
                              *** GRID I08 ***
COMB RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                          PAGE 4
CR-84-00164-01                          CR-84-00164-01
              US-V-RUFFIN
                         PROCEEDINGS

              3) (Before Judge Pratt. Defendant remanded. (Rep: V.
                 Marshall)) (JUDGE PRATT) (Dkt'd 02/11/85).
              Excludable delay due to hearings on Pretrial Motions began
                 on 12/10/84 and ended on 02/07/85 (Dkt'd 02/11/85).

04/01/85      Sentencing set for 04/19/85 @ 9:30 AM (Count 3) (before
                 Judge Pratt.) (Dkt'd 04/02/85).

04/17/85      - Defendant's Memorandum on Sentencing. (Dkt'd 04/18/85).

04/19/85      Sentencing of defendant (Count 3) (Eight (8) to twenty four
                 (24) years.  Said sentence to run consecutive to any time
                 the defendant presently owes.  Court recommends drug
                 treatment.  Defendant remanded.  (Rep: V. Marshall)) (JUDGE
                 PRATT) (Dkt'd 04/23/85).
              Dismissed (Counts 1-2,4-5) (JUDGE PRATT) (Dkt'd 04/23/85).
              Notice filed (Receipt and acknowledgement of presentence
                 investigation report.) (Dkt'd 04/23/85).
              Order filed (Directing the U.S. Marshal to transport
                 defendant forthwith back to the jurisdiction from which he
                 first came, Richmond City Jail, Richmond, Virginia. (N))
                 (JUDGE PRATT) (Dkt'd 04/23/85).
              Issued judgment and commitment to U.S. Marshal (Count 3)
                 (JUDGE PRATT) (Dkt'd 04/23/85).

04/29/85      Filed bench warrant returned unexecuted (Dkt'd 04/30/85).
..............................................................

    End of docket
```